**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:18-61663-WPD**

TOMAS TELETOR GARCIA,

          Petitioner,

v.

ORESTES CRUZ, Assistant Field
Officer Director, ICE Officer in
Charge of the Broward Transitional
Center; JIM MARTIN, Field Office
Director, Miami Field Office,
Immigration Customs Enforcement;
THOMAS HOMAN, Acting Director,
Immigration and Customs Enforcement;
KIRSTJEN NIELSEN, Secretary of
Homeland Security, JEFFERSON SESSIONS,
Attorney General,

          Respondents.

_____/

## ORDER REQUIRING EXPEDITED RESPONSE

THIS CAUSE is before the Court on the Verified Petition for Habeas Corpus [DE 1] (the "Petition"), filed herein on July 19, 2018. The Court has carefully considered the Petition and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. Respondents must file a Response to the Petition [DE 1] on or before **August 9, 2018**;

2. Petitioner has until **August 16, 2018** to file a Reply Brief.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of July, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge


CC: All Counsel of Record
Matthew James Feeley, AUSA – Mfeeley@ausa.doj.gov