**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:18-61663-WPD**

TOMAS TELETOR GARCIA,

        Petitioner,

v.

ORESTES CRUZ, Assistant Field
Officer Director, ICE Officer in
Charge of the Broward Transitional
Center; JIM MARTIN, Field Office
Director, Miami Field Office,
Immigration Customs Enforcement;
THOMAS HOMAN, Acting Director,
Immigration and Customs Enforcement;
KIRSTJEN NIELSEN, Secretary of
Homeland Security, JEFFERSON SESSIONS,
Attorney General,

        Respondents.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal [DE 11] (the "Notice"), filed herein on August 9, 2018. The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 11] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this

15th day of August, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

CC: All Counsel of Record